**Greeta K. BROWN, Appellant,**

v.

**William WOOD et al., Appellees.**

**William WOOD et al., Cross-Appellants,**

v.

**Greeta K. BROWN, Cross-Appellee.**

**Nos. 2564 and 2565.**

Supreme Court of Alaska.

April 10, 1979.

---

Before BOOCHEVER, C. J., and RABIN-
OWITZ, CONNOR and MATTHEWS, JJ.

### ORDER ON REHEARING

We have granted appellant's petition for rehearing.

In our opinion in this case, reported in 575 P.2d 760 (Alaska 1978), we relied upon *Monroe v. Pape,* 365 U.S. 167, 81 S.Ct. 473, 5 L.Ed.2d 492 (1961), together with *Williford v. California,* 352 F.2d 474 (9th Cir. 1965), for our conclusion that the University of Alaska is not a "person" which may be held liable in a suit under 42 U.S.C. § 1983.[1]

While this case was pending on petition for rehearing, that portion of *Monroe v. Pape, supra,* on which we relied was over-ruled in *Monell v. New York Dept. of Social Services,* 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978). In view of this, we have concluded that our earlier opinion should be modified so that, in accord with *Monell,* the University of Alaska can be held liable in a suit under 42 U.S.C. § 1983.

Upon remand, the Superior Court shall be guided by the principles set forth in *Monell, supra,* and our earlier opinion, 575 P.2d at 766, shall be considered modified accordingly.

BURKE, J., not participating.

---

1. That statute provides in pertinent part:
   Every person who, under color of any statute . . . custom or usage of any State . . causes to be subjected, any citizen of the United States . . . to the deprivation of any rights, privileges or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law . . . .